| | |
|---|---|
| PHILLIP A. TALBERT<br>Acting United States Attorney<br>DAVID W. SPENCER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | **FILED**<br>May 04, 2021<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 500-0001<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (732) 705-0883<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (209) 500-0001<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (732) 705-0883<br><br>THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER (253) 205-6137<br><br>3001 Goshawk Street, Davis, California<br><br>1710 Baines Avenue, Sacramento, California<br><br>2209 Stansfield Dr., Roseville, CA 95757<br><br>847 Harbor Boulevard, West Sacramento, California<br><br>2003 HUMMER SUV, Maroon with CA license #PJB37<br><br>2019 AUDI sedan, Blue with CA license #SLOWA5<br><br>2015 Volkswagen SUV, Blue with CA license #8SSC112 | ORDER TO UN-SEAL SEARCH WARRANTS<br><br>2:20-SW-1016 KJN<br><br>2:21-SW-125 DB<br><br>2:21-SW-157 DB<br><br>2:21-SW-238 KJN<br><br>2:21-SW-239 KJN<br><br>2:21-SW-268 CKD<br><br>2:21-SW-269 CKD<br><br>2:21-SW-270 CKD<br><br>2:21-SW-271 CKD<br><br>2:21-SW-272 CKD<br><br>2:21-SW-273 CKD<br><br>2:21-SW-274 CKD |

1

| | |
|---|---|
| 2015 Toyota sedan, White with CA license #7NTH692 | 2:21-SW-275 CKD |
| 2016 Mercedes SUV, White with CA license #PB711 | 2:21-SW-276 CKD |

**ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED THAT that the files in the above-captioned matters be unsealed.

Dated: 05/03/2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE